IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAILEY S. ZEYON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID PITKINS, *et al* | : | NO. 09-2886 |

## ORDER

**AND NOW**, this 16th day of March, 2010, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Petitioner's "Traverse Response" to Respondents' Answer Filed, the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge (Document No. 12) and the petitioner's objections to the Report and Recommendation (Document No. 14), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Strawbridge is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.